UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN W. BOYD, JR. and NATIONAL BLACK FARMERS ASSOCIATION, INC., )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>JAMES SCOTT FARRIN and ANDREW H. MARKS,  )<br><br>Defendants.  ) | Civil Case No. 12-01893 (RJL) |

## ORDER

August _2_, 2013 [## 10, 13]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant James Scott Farrin's Motion to Dismiss [Dkt. # 10] is **GRANTED**; it is further

**ORDERED** that Defendant Andrew H. Marks' Motion to Dismiss [Dkt. # 13] is **GRANTED**; and it is further

**ORDERED** that plaintiffs' complaint is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

16